UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.           ) | |
| )  **Crim. No. 07-29-P-S | |
| HALVOR CARL,       ) | |
| ) | |
| Defendants     ) | |
| ) | |
| ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on September 11, 2007, his Recommended Decision (Docket No. 80). Defendant Halvor Carl filed his Objection to the Recommended Decision (Docket No. 84) on September 28, 2007. The Government filed its Response to Defendant's Objection to the Recommended Decision (Docket No. 87) on October 18, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.       It is hereby **ORDERED** that Defendant's Motion to Suppress (Docket No. 66) is hereby **DENIED**.

                                                /s/George Z. Singal  
                                                Chief U.S. District Judge

Dated: October 25, 2007