# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | |
| ) | **\*\*Crim. No. 07-29-P-S** |
| **HALVOR CARL,** ) | |
| ) | |
| **Defendants** ) | |
| ) | |
| ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 6, 2007, his Recommended Decision (Docket No. 94). Defendant Halvor Carl filed his Objection to the Recommended Decision (Docket No. 96) on December 26, 2007. The Government filed its response to Defendant Carl's Objection (Docket No. 97) on December 27, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant's Second Motion to Suppress (Docket No. 82) is **DENIED**.

/s/George Z. Singal_____
Chief U.S. District Judge

Dated: January 22, 2008